IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-11-00918 DLJ |
| Plaintiff, | ) ) | [] ORDER TO DISMISS PETITION AND VACATE HEARING DATE |
| vs. | ) ) | |
| KURT GERALD ENGELHARDT, | ) ) | |
| Defendant. | ) ) | |

Good cause appearing and on stipulation of the parties and the United States Probation Office, it is hereby ordered that the Petition for Summons for Offender Under Supervision, filed July 26, 2013, shall be dismissed without prejudice and that the status hearing currently set for August 29, 2013, shall be vacated.

Dated: August ___, 2013

_____
HON. D. LOWELL JENSEN
United States District Judge